AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| CATHERINE BALSLEY, et al., *Plaintiff* v. LFP, INC., et al., *Defendant* | Civil Action No. 1:08 cv 491 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Catherine Balsley and Richard Brown recover from the defendant *(name)* LFP, Inc., the amount of One hundred thirty five thousand dollars ($ 135,000.00 ), plus postjudgment interest at the statutory rate from the date of judgment.

This action was *(check one)*:

☒ tried by a jury with Judge Solomon Oliver, Jr., presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☐ decided by Judge on a motion for

03/30/2010
Date

/s/Maria Dallas
Signature of Clerk or Deputy Clerk